# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

May 05, 2017

FLAGSTAR BANK
5151 CORPORATE DR
TROY, MI 48098

**FIRST NOTICE**

Chapter 13 Case No.: 12-48610-CN 13
Re: Manuel Augustine Gaspar & Mary Elizabeth Gaspar

We received a notification regarding claim# 7 filed by FLAGSTAR BANK. Letter attached states: Your loan is no longer active with Flagstar. If the loan has been transferred, please advise of who the new servicer is. If the loan is paid off, please file a Paid in Full notice with court.

We have no authority to stop distributions on the claim. If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office. To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com . All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098

Manuel Augustine Gaspar & Mary Elizabeth Gaspar, 6401 Santa Monica Ave Ne #2122 , Albuquerque, NM 87109

Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA 94612

Prober & Raphael, Po Box 4365, Woodland Hills, CA 91365-4365